IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, # 291560, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. CASE NO. 2:21-CV-831-RAH ) |
| DR. WEST, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On June 26, 2023, the Magistrate Judge recommended Dr. Kenneth Orlando Wynn's Motion to Dismiss (Doc. 78) be denied.  On July 11, 2023, Dr. Wynn filed a response (Doc. 97) objecting to the Report and Recommendation (Doc. 96).

After an independent review of the file and upon consideration of the Magistrate Judge's Recommendation and the Objections thereto, it is

ORDERED as follows:

(1) The Objections (Doc. 97) are OVERRULED;

(2) The Recommendation of the Magistrate Judge (Doc. 96) is ADOPTED;

(3) Dr. Wynn's Motion to Dismiss (Doc. 78) is DENIED; and

(4) This case be referred to the Magistrate Judge for additional proceedings.

DONE, on this the 24th day of August 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE