IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, <br> AIS 291560, <br><br> Plaintiff, <br><br> v. <br><br> DR. WEST, et al, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:21-CV-831-RAH-JTA <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On November 15, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 103.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's claims against Defendant West are DISMISSED without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure and for Plaintiff's failures to comply with the orders of the court and to prosecute this action against Defendant West.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure as to Defendant West.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, on this the 12th day of December 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE