# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRENT WILLIAM JACOBY, ) <br> (AIS#291560), ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. WEST, MS. DRIGGERS, et al.,) <br> ) <br>     Defendants. ) | CIVIL ACTION NO.: <br> 2:21-cv-00831-RAH-JTA |

## SUGGESTION OF DEATH

COMES NOW Defendant, Tatyana Blackmon, and hereby files this Suggestion of Death and state as follows, former Alabama State inmate Brent William Jacoby (AIS# 291560) passed away at the Easterling Correctional Facility on December 2, 2024.

    Respectfully submitted,

/s/ *Philip G. Piggott*
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@websterhenry.com
WEBSTER, HENRY, BRADWELL,
COHAN, SPEAGLE AND DESHAZO,
P.C.
Two Perimeter Park South, Suite 445 East
Birmingham, AL  35243
Telephone: 205-986-4400
Facsimile: 205-380-3485
Attorney for Defendant,
Tatyana Blackmon, LPN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record:

Angela Cameron Smith (acsmith@burr.com)
Elizabeth Bosquet Shirley (bshirley@burr.com)

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

None.

                                        /s/ *Philip G. Piggott*
                                        OF COUNSEL