IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, ) <br> AIS # 291560, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MS. BLACKMON, et al., ) <br> ) <br>     Defendants. ) | CASE NO. 2:21-cv-831-ECM-JTA |

**ORDER**

On December 17, 2024, counsel for Defendants in this action filed a Suggestion of Death as to Brent William Jacoby. Doc. No. 115. Upon consideration thereof, it is **ORDERED** that counsel for Defendants shall serve the Suggestion of Death upon the decedent's successor or representative (or, at minimum, undertake a good faith effort to identify a successor or representative).

It is further **ORDERED** that counsel for Defendants shall no later than **January 7, 2025,** file proof of such service or notice of a good faith effort to identify the decedent's successor or representative. Upon the filing of such a response by counsel for Defendants, this action will be held in abeyance for a period of 90 days from the Suggestion of Death or until a motion to substitute is filed under Rule 25(a)(1) of the Federal Rules of Civil Procedure, whichever is earlier.

If a motion to substitute is not filed within 90 days after the Suggestion of Death, or within any extended period of time allowed by the court, the undersigned will recommend that this action be dismissed.

DONE this 17th day of December, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE