# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRENT WILLIAM JACOBY,** ) | |
| **AIS #291560,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO.:** |
| ) | **2:21-cv-00831-ECM-JTA** |
| ) | |
| **DR. MARVIN WEST,** ) | |
| **MS. DRIGGER,** *in her individual* ) | |
| *capacity*, **MS. BLACKMON,** *in her* ) | |
| *individual capacity* **and DR. WYNN,** ) | |
| ) | |
| **Defendants.** ) | |

## SUGGESTION OF DEATH

Defendant, Dr. Kenneth Orlando Wynn, by and through undersigned counsel, provides notification and suggestion of the death for Plaintiff, Brent William Jacoby (AIS #291560), during the pendency of this action while he was in the custody of the Alabama Department of Corrections. The Alabama Department of Corrections confirmed by telephone that Mr. Jacoby died in prison on December 2, 2024.

A reasonable effort is being made to identify and locate Plaintiff's next of kin listed below in the Certificate of Service and to serve them with a copy of this pleading, as set out in the Court's Order dated December 17, 2024 (Doc. 116).

56084579 v1

Respectfully submitted this the 17th day of December, 2024.

        */s/ Elizabeth B. Shirley*
        Angela Cameron Smith, Esq.
        Elizabeth B. Shirley, Esq.

        *Attorneys for Defendant*
        *Dr. Kenneth Orlando Wynn*

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email:    acsmith@burr.com
             bshirley@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party does not participate in Notice of Electronic Filing, by U.S. Certified First Class Mail or personal service:

Philip Piggott
Webster Henry Bradwell Cohan Speagle & DeShazo PC
2 Perimeter Park South, Suite 445 East
Birmingham, AL 35243
Email: ppiggott@websterhenry.com

*Attorney for Tatyana Blackmon, LPN*

Ms. Lisa Lill (Mother)
1315 Johnson Road
Daphne, AL 36526-4118

Mr. Ronald Jacoby (Father)
P.O. Box 970847
Miami, FL 33197-0847

Mr. Justin Jacoby (Brother)
19502 NW 39th Avenue
Miami Gardens, FL 33055-1914

                                                                */s/ Elizabeth B. Shirley*
                                                                 OF COUNSEL