## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRENT WILLIAM JACOBY,** (AIS#291560),<br><br>    **Plaintiff,**<br><br>v.<br><br>**DR. WEST, MS. DRIGGERS, et al.,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>) 2:21-cv-00831-RAH-JTA<br>)<br>)<br>) |

### DEFENDANT'S RESPONSE TO COURT ORDER OF DECEMBER 17, 2024 [DOC. #116]

COMES NOW Defendant, Tatyana Blackmon, and hereby files this Response to Court Order of December 17, 2024 [Doc. #116].

On December 17, 2024, the Court entered an Order that defendant shall no later than January 7, 2025, file proof of such service on defendant's successor or representative of the Suggestion of Death.

On August 20, 2020, the decedent, Brent Jacoby, completed a notification of next-of-kin form, requesting information: "In the event of a serious injury or illness, I request the following person be notified." In response Mr. Jacoby stated "no one."

There is nothing in Mr. Jacoby's medical chart to indicate who Mr. Jacoby's successor or representative may be. Mr. Jacoby's notification of next-of-kin, completed by Mr. Jacoby, set forth that Mr. Jacoby did not have anyone who he wanted to be notified in the event of serious injury or illness. See Jacoby's notification of next-of-kin attached hereto as Exhibit A.

The defendants have no way of determining who Mr. Jacoby's successor or representative may be in light of the notification of next-of-kin completed by Mr. Jacoby.

The defendant requests direction from the court in light of the notification of next-of-kin completed by Mr. Jacoby, attached hereto as Exhibit A.

Respectfully submitted,

/s/ *Philip G. Piggott*
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@websterhenry.com
WEBSTER, HENRY, BRADWELL, COHAN, SPEAGLE AND DESHAZO, P.C.
Two Perimeter Park South, Suite 445 East
Birmingham, AL  35243
Telephone: 205-986-4400
Facsimile: 205-380-3485
Attorney for Defendant,
Tatyana Blackmon, LPN

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record:

Angela Cameron Smith (acsmith@burr.com)
Elizabeth Bosquet Shirley (bshirley@burr.com)

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

None.

/s/ *Philip G. Piggott*
OF COUNSEL

2

# EXHIBIT A

## ADOC

### DEPARTMENT OF CORRECTIONS

### NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

Name: B.  NO One  Relationship

Street Address

Phone Number

City   State   Zip Code

Inmate Signature   291560   8-20-2020

Doc#   S.S.#   Date

Witness   8-20-2020   Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Jacoby Brent | 291560 | 5-29-79 | WM | 6254 |

ADOC AL-70003-CMS Notification of Next of Kin