**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

OFFICIAL BUSINESS



NOT APPROVED
☒ NOT HERE
EASTERLING CORRECTIONAL FACILITY

MONTGOMERY AL 360
US OFFICIAL MAIL
13 DEC 2024 PM
300 DOLLAR PENALTY
FOR PRIVATE USE



12/13/2024
US POSTAGE

FIRST-CLASS MAIL
IMI
$00.69⁰

ZIP 36104
041L11240889



RECEIVED
2024 DEC 30  A 11: 55

NIXIE        352   FE 1            0012/26/24
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 36104401801        *2339-01573-13-38

Case: 2:21cv831

Brent William Jacoby AIS291560
 ADOC EASTERLING
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

------------------------------------------------------

IF YOU ARE NOT an attorney, this notice concerning registration DOES NOT APPLY TO YOU.
Should you have questions about your case, please call us at 334.954.3600.

NOTICE TO ATTORNEYS

IF YOU ARE AN ATTORNEY OF RECORD:    Electronic Noticing is MANDATORY for all
attorneys who practice in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

To request electronic filing privileges with the court,
navigate to PACER at: https://pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf
then follow the instructions provided.


If you need help with our on-line Case Management/Electronic Case Files (CM/ECF) system or
want to schedule training, please call 334.954.3935 for our help desk.

For all questions not related to the electronic system, please call 334.954.3600.


Thank you!


Office of the Clerk
US District Court
Middle District of Alabama

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, AIS # 291560, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-cv-831-ECM-JTA ) |
| MS. BLACKMON, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

On December 11, 2024, counsel for Defendants in *Brent William Jacoby v. Dunn,* Case No. 2:22-cv-391-ECM-JTA, filed a Suggestion of Death as to Brent William Jacoby, who is also the plaintiff in the instant action. *See Jacoby v. Dunn,* 2:22-cv-391-ECM-JTA, Doc. No. 49.[1] Because Fed. R. Civ. P. 25(a) requires the death of a party to be noted on the record, it is

ORDERED that or before **December 31, 2024,** counsel for Defendants shall file a Suggestion of Death in this matter **or** show cause in writing why such action is not appropriate.

DONE this 13th day of December, 2024.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may *sua sponte* take judicial notice of the filing of a Suggestion of Death as to Plaintiff Brent William Jacoby. *See Lodge v. Kondaur Captial Corp.,* 750 F.3d 1263, 1273 (11th Cir. 2014) (citing Fed. R. Evid. 201(b)).