# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRENT WILLIAM JACOBY,** )<br>**(AIS#291560),** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DR. WEST, MS. DRIGGERS, et al.,**)<br>)<br>    **Defendants.** ) | CIVIL ACTION NO.:<br>2:21-cv-00831-RAH-JTA |

## SUGGESTION OF DEATH

COMES NOW Defendant, Tatyana Blackmon, and hereby files this Suggestion of Death and state as follows, former Alabama State inmate Brent William Jacoby (AIS# 291560) passed away at the Easterling Correctional Facility on December 2, 2024.

Respectfully submitted,

/s/ *Philip G. Piggott*
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@websterhenry.com
WEBSTER, HENRY, BRADWELL,
COHAN, SPEAGLE AND DESHAZO,
P.C.
Two Perimeter Park South, Suite 445 East
Birmingham, AL   35243
Telephone: 205-986-4400
Facsimile: 205-380-3485
Attorney for Defendant,
Tatyana Blackmon, LPN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record:

Angela Cameron Smith (acsmith@burr.com)
Elizabeth Bosquet Shirley (bshirley@burr.com)

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

None.

                                      /s/ *Philip G. Piggott*
                                      OF COUNSEL