IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, ) | |
| AIS 291560, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-cv-831-ECM-JTA |
| ) | |
| DR. WYNN, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On December 17, 2024, counsel for Defendant Wynn filed a Suggestion of Death as to Plaintiff Brent Jacoby. Doc. No. 117. Counsel for Defendant Wynn explains that reasonable efforts are being made to identify and locate Plaintiff's next of kin—as listed in the document's certificate of service—and to serve those individuals with a copy of the December 17, 2024, Suggestion of Death. *Id*. at 1, 3.

Based on the above, it is **ORDERED** that by **January 21, 2025**, counsel for Defendants Blackmon and Wynn must submit an update to the Court regarding the status of delivery of the Suggestion of Death to the decedent's mother, father, and brother, i.e., whether mail—regular or certified—has been returned as undeliverable or refused. If counsel has proof of receipt by the decedent's relatives, it should be provided as part of the update.

In light of the addresses of decedent's relatives listed in Defendant Wynn's December 17, 2024, certificate of service (Doc. No. 117) , it is ORDERED that by **January**

**8, 2025**, Defendant Blackmon must attempt to serve the Suggestion of Death (Doc. No. 115) upon the decedent's successor or representative (or, at a minimum, undertake a good faith effort to identify a successor or representative), as directed in the Court's December 17, 2024, Order (Doc. No. 116) to comply with the directives in this Order requesting an update as to service of Defendant Blackmon's Suggestion of Death.

      DONE this 31st day of December, 2024.

                                            /s/ Jerusha T. Adams
                                          JERUSHA T. ADAMS
                                          UNITED STATES MAGISTRATE JUDGE