IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRENT WILLIAM JACOBY,** <br> **(AIS#291560),** <br><br>     **Plaintiff,** <br><br> v. <br><br> **DR. WEST, MS. DRIGGERS, et al.,** <br><br>     **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> )  **CIVIL ACTION NO.:** <br> )  **2:21-cv-00831-RAH-JTA** <br> ) <br> ) <br> ) |

**SUPPLEMENTAL SUGGESTION OF DEATH**

COMES NOW Defendant, Tatyana Blackmon, by and through undersigned counsel, provides notification and suggestion of the death for Plaintiff, Brent William Jacoby (AIS #291560), during the pendency of this action while he was in the custody of the Alabama Department of Corrections. Mr. Jacoby passed away at the Easterling Correctional Facility on December 2, 2024.

Service of Mr. Jacoby's next of kin will be attempted to be made by regular and certified mail to the names and addresses listed below in the Certificate of Service and they will be served with a copy of this pleading, as set out in the Court's Order dated December 31, 2024 (Doc. 122).

Respectfully submitted,

*/s/ Philip G. Piggott*
PHILIP G. PIGGOTT (ASB-4379-P67P)
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
1901 6th Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: 205-443-2760
Facsimile: 334-262-6277
E-mail: ppiggott@rushtonstakely.com
Attorney for Defendant,
*Tatyana Blackmon, LPN*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2025, I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party does not participate in Notice of Electronic Filing, by U.S. Certified First Class Mail or personal service:

Elizabeth B. Shirley
Angela Cameron Smith
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
E-Mail:    acsmith@burr.com
              bshirley@burr.com
*Attorneys for Defendant, Dr. Kenneth Orlando Wynn*

Ms. Lisa Lill (Mother)
1315 Johnson Road
Daphne, AL 36526-4118

Mr. Ronald Jacoby (Father)
P.O. Box 970847
Miami, FL 33197-0847

Mr. Justin Jacoby (Brother)
19502 NW 39th Avenue
Miami Gardens, FL 33055-1914

                                /s/ *Philip G. Piggott*
                                OF COUNSEL