# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRENT WILLIAM JACOBY, ) | |
| (AIS#291560), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:21-cv-00831-RAH-JTA |
| DR. WEST, MS. DRIGGERS, et al.,) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF SUGGESTION OF DEATH ON PLAINTIFF'S BELIEVED NEXT OF KIN

COMES NOW Defendant, Tatyana Blackmon, by and through undersigned counsel, provides notification that she served Plaintiff's believed next of kin with a copy of the Suggestion of Death as directed by the Court and states as follows:

1. On December 31, 2024, the Court entered an Order (Doc. 122) directing Defendants to file a Suggestion of Death relating to Plaintiff Brent William Jacoby (AIS #291560).

2. On January 7, 2025, Defendant Tatyana Blackmon, filed with the Court a Suggestion of Death (Doc. 123) regarding Plaintiff, which included a Certificate of Service listing Plaintiff's believed next of kin.

3. Plaintiff's believed next of kin were sent a copy of the Suggestion of Death by regular U.S. Mail, postage prepaid, to the addresses located and provided to the court.

4. Additional copies of the Suggestion of Death also were mailed by U.S. Certified Mail to Plaintiff's believed next of kin, Lisa Lill, Justin Jacoby and Ronald Jacoby. Copies of the Certified Mail cards are attached as **Exhibit "A"**.

5. Defendants will apprise the Court of the status of service efforts on Plaintiff's believed next of kin pursuant to the Court's Order dated December 31, 2024 (Doc. 122).

        Respectfully submitted,

        /s/ Philip G. Piggott
        PHILIP G. PIGGOTT (ASB-4379-P67P)
        RUSHTON, STAKELY, JOHNSTON
        & GARRETT, P.A.
        1901 6th Avenue North, Suite 1000
        Birmingham, AL 35203
        Telephone: 205-443-2760
        Facsimile: 334-262-6277
        E-mail: ppiggott@rushtonstakely.com
        Attorney for Defendant,
        *Tatyana Blackmon, LPN*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2025, I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party does not participate in Notice of Electronic Filing, by U.S. Certified First Class Mail or personal service:

Elizabeth B. Shirley
Angela Cameron Smith
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
E-Mail:    acsmith@burr.com
              bshirley@burr.com
*Attorneys for Defendant, Dr. Kenneth Orlando Wynn*

                              /s/ *Philip G. Piggott*
                              OF COUNSEL