IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT WILLIAM JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NOS. |
| | ) | 2:21-cv-723-WKW-SMD |
| CHRISTOPHER GORDY, *et al.*, | ) | 2:21-cv-831-WKW-SMD |
| | ) | 2:22-cv-391-WKW-SMD |
| Defendants. | ) | 2:22-cv-393-WKW-SMD |
| | ) | 2:22-cv-712-WKW-SMD |
| | ) | 2:23-cv-014-WKW-SMD |
| | ) | 2:24-cv-548-WKW-SMD |
| | ) | 2:24-cv-706-WKW-SMD |
| | ) | 2:24-cv-731-WKW-SMD |
| | ) | 2:24-cv-734-WKW-SMD |
| | ) | 2:24-cv-744-WKW-SMD |

## **ORDER**

Plaintiff Brent William Jacoby has eleven *pro se* lawsuits pending in this court:

(1)   *Jacoby v. McCoy*, 2:21-cv-723-ECM-SMD;
(2)   *Jacoby v. Wynn*, 2:21-cv-831-ECM-JTA;
(3)   *Jacoby v. Hamm*, 2:22-cv-391-ECM-JTA;
(4)   *Jacoby v. Kidd*, 2:22-cv-393-MHT-CSC;
(5)   *Jacoby v. Hamm*, 2:22-cv-712-MHT-CSC;
(6)   *Jacoby v. Siddiq*, 2:23-cv-014-MHT-JTA;
(7)   *Jacoby v. Harris*, 2:24-cv-548-MHT-SMD;
(8)   *Jacoby v. Turner*, 2:24-cv-706-WKW-KFP;
(9)   *Jacoby v. Hamm*, 2:24-cv-731-WKW-KFP;
(10)  *Jacoby v. Siddiq*, 2:24-cv-734-WKW-SMD; and
(11)  *Jacoby v. Kumars*, 2:24-cv-744-WKW-KFP.

In 2:21-cv-831-ECM-JTA, a Suggestion of Death was filed, informing the court that Mr. Jacoby (AIS# 291560) "passed away at the Easterling Correctional Facility on December 2, 2024" (Doc. # 115).  A Suggestion of Death also was filed in *Jacoby v. Hamm*, 2:22-cv-391-ECM-JTA on December 17, 2024 (Doc. # 49).

Because Mr. Jacoby's eleven pending lawsuits involve common questions of law and fact related to his reported death, consolidation under Rule 42(a) of the Federal Rules of Civil Procedure will serve the interests of judicial economy.

Accordingly, it is ORDERED as follows:

(1)    The Clerk of the Court is DIRECTED to consolidate the above-captioned actions and designate Case Number 2:21-cv-723 as the lead case on the docket;

(2)    The Clerk of the Court is DIRECTED to reassign the cases, as necessary, to the undersigned as the District Judge and to Stephen M. Doyle as the Magistrate Judge; and

(3)    The parties shall make all filings in the lead case.

DONE this 10th day of January, 2025.

_____
/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE