

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

OFFICIAL BUSINESS

2025 JAN

MONTGOMERY AL 360

31 DEC 2024 PM    12/31/2024

US OFFICIAL MAIL    neopost

300 DOLLAR PENALTY    US POSTAGE

FOR PRIVATE USE

FIRST-CLASS MAIL
IMI

$00.69⁰

ZIP 36104
041L11240889

RECEIVED

2025 JAN 16 P 12:01

RECEIVED

NIXIE        352    EE1        0001/13/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 36104401801        *2339-03427-31-40

Case: 2:21cv831

Brent William Jacoby AIS291560
 ADOC EASTERLING
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2615

--------------------------------------------------------

IF YOU ARE NOT an attorney, this notice concerning registration DOES NOT APPLY TO YOU.
Should you have questions about your case, please call us at 334.954.3600.


NOTICE TO ATTORNEYS


IF YOU ARE AN ATTORNEY OF RECORD:   Electronic Noticing is MANDATORY for all
attorneys who practice in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

To request electronic filing privileges with the court,
navigate to PACER at: https://pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf
then follow the instructions provided.


If you need help with our on-line Case Management/Electronic Case Files (CM/ECF) system or
want to schedule training, please call 334.954.3935 for our help desk.

For all questions not related to the electronic system, please call 334.954.3600.


Thank you!


Office of the Clerk
US District Court
Middle District of Alabama

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRENT WILLIAM JACOBY,       )
AIS 291560,                 )
                            )
        Plaintiff,          )
                            )
        v.                  )       CASE NO. 2:21-cv-831-ECM-JTA
                            )
DR. WYNN, et al.,           )
                            )
        Defendants.         )

## ORDER

On December 17, 2024, counsel for Defendant Wynn filed a Suggestion of Death as to Plaintiff Brent Jacoby. Doc. No. 117. Counsel for Defendant Wynn explains that reasonable efforts are being made to identify and locate Plaintiff's next of kin—as listed in the document's certificate of service—and to serve those individuals with a copy of the December 17, 2024, Suggestion of Death. *Id.* at 1, 3.

Based on the above, it is **ORDERED** that by **January 21, 2025**, counsel for Defendants Blackmon and Wynn must submit an update to the Court regarding the status of delivery of the Suggestion of Death to the decedent's mother, father, and brother, i.e., whether mail—regular or certified—has been returned as undeliverable or refused. If counsel has proof of receipt by the decedent's relatives, it should be provided as part of the update.

In light of the addresses of decedent's relatives listed in Defendant Wynn's December 17, 2024, certificate of service (Doc. No. 117) , it is ORDERED that by **January**

**8, 2025**, Defendant Blackmon must attempt to serve the Suggestion of Death (Doc. No. 115) upon the decedent's successor or representative (or, at a minimum, undertake a good faith effort to identify a successor or representative), as directed in the Court's December 17, 2024, Order (Doc. No. 116) to comply with the directives in this Order requesting an update as to service of Defendant Blackmon's Suggestion of Death.

DONE this 31st day of December, 2024.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE