# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRENT WILLIAM JACOBY,** ) | |
| **AIS #291560,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CASE NO.:** |
| ) | **2:21-cv-00831-ECM-JTA** |
| ) | |
| **DR. MARVIN WEST,** ) | |
| **MS. DRIGGER,** *in her individual* ) | |
| *capacity*, **MS. BLACKMON,** *in her* ) | |
| *individual capacity* **and DR. WYNN,** ) | |
| ) | |
| Defendants. ) | |

## UPDATED NOTICE OF SERVICE REGARDING SUGGESTION OF DEATH ON PLAINTIFF'S BELIEVED NEXT OF KIN

Defendant, Dr. Kenneth Orlando Wynn, by and through undersigned counsel, provides an updated status regarding service of the Suggestion of Death on Plaintiff, Brent William Jacoby's (AIS #291560) believed next of kin as directed by the Court and states as follows:

1. Pursuant to the Court's Order dated December 31, 2024 (Doc. 122), Defendant hereby submits the following update as it relates to service efforts on Plaintiff's believed next of kin as of January 21, 2025.

56338981 v1

2. On December 17, 2024, Defendant Wynn filed with the Court a Suggestion of Death (Doc. 117) regarding Plaintiff, which included a Certificate of Service listing Plaintiff's believed next of kin located through a Lexis search.

3. Plaintiff's believed next of kin was sent a copy of the Suggestion of Death by regular U.S. Mail, postage prepaid, to the addresses located pursuant to the Lexis search.

4. Additional copies of the Suggestion of Death also were mailed by U.S. Certified Mail to Plaintiff's believed next of kin.

5. Service on Ms. Lisa Lill is still in transit per the United States Postal Service tracking system. An updated printout of same is attached as **Exhibit "A"**.

6. Service on Justin Jacoby has not been achieved at this time, as his Certified Mail envelope was returned to sender with a marking of no such number. A copy of the returned envelope is attached as **Exhibit "B".**

7. Service on Mr. Ronald Jacoby was attempted and a reminder sent to him to pick up his Certified Mail on or before January 4, 2025. No further updated information is available from the United States Postal Service at this time. The certified mail remains unclaimed. See attached **Exhibit "C"**.

8. Defendant Wynn states that he has made a diligent effort to identify and serve Plaintiff's believed next of kin, in light of the limited identifying information available.

56338981 v1

Respectfully submitted this the 21st day of January, 2025.

*/s/ Elizabeth B. Shirley*
Angela Cameron Smith, Esq.
Elizabeth B. Shirley, Esq.

*Attorneys for Defendant*
*Dr. Kenneth Orlando Wynn*

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email:     acsmith@burr.com
           bshirley@burr.com

56338981 v1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2025, I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party does not participate in Notice of Electronic Filing, by U.S. Certified First Class Mail or personal service:

Philip Piggott
Webster Henry Bradwell Cohan Speagle & DeShazo PC
2 Perimeter Park South, Suite 445 East
Birmingham, AL 35243
Email: ppiggott@websterhenry.com

*Attorney for Tatyana Blackmon, LPN*

              */s/ Elizabeth Shirley*
              OF COUNSEL

56338981 v1