# EXHIBIT "A"

ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70162140000047852007

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**
January 20, 2025

### Arrived at USPS Regional Facility
MOBILE AL DISTRIBUTION CENTER
January 19, 2025, 11:30 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs