# EXHIBIT "B"

ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70162140000047851987

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

This is a reminder to pick up your item before January 4, 2025 or your item will be returned on January 5, 2025. Please pick up the item at the MIAMI, FL 33197 Post Office.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Reminder to pick up your item before January 4, 2025**
MIAMI, FL 33197
December 26, 2024

**Available for Pickup**
QUAIL HEIGHTS
10360 SW 186TH ST
MIAMI FL 33197-9998
M-F 0830-1700; SAT 0830-1330
December 21, 2024, 9:52 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**     ˅

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs