# EXHIBIT "C"

# BURR·:·FORMAN LLP

420 North Twentieth Street, Suite 3400
Birmingham, AL 35203

Mr. Justin Jacoby
19502 NW 39th Avenue
Miami Gardens, FL 33055-1914

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Mr. Justin Jacoby
Street   19502 NW 39th Avenue
City, S  Miami Gardens, FL 33055-1914

Postmark
Here

7016 2140 0000 4785 1994

43769-1

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Justin Jacoby
19502 NW 39th Avenue
Miami Gardens, FL 33055-1914

9590 9402 8671 3244 4258 95

2. Article Number (Transfer from service label)
7016 2140 0000 4785 1994

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



BURR·FORMAN LLP
420 North Twentieth Street, Suite 3400
Birmingham, AL 3503

CERTIFIED MAIL
7016 2140 0000 4785 1994
BIRMINGHAM AL 350 18 DEC 2024 PM 5 L

Mr. Justin Jacoby

NIXIE      331  DE  1          0012/23/24
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 35203521050        *1439-07118-18-45

FIRST-CLASS MAIL
IMI
$009.64
12/18/2024 ZIP 35203
043M31257560
US POSTAGE
quadient